# THE FINANCIAL RESOURCES GROUP, INC.

700 MECHEM DRIVE, SUITE 8B
RUIDOSO, NEW MEXICO 88345
TELEPHONE 800-820-0597  FAX 800-352-0597

FILED
2009 AUG 25  AM 10: 48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Tuesday, August 18, 2009

U.S. Bankruptcy Court
Financial Department
824 Market St., 5th Floor
Wilmington, DE   19801

RE:    Application for Payment of Unclaimed Funds

DEBTOR:         Onstream,Inc
CASE NO.:       01-01029
CREDITOR:       Toni Randall
AMOUNT:         $796.09

Dear Sir/Madam:

Enclosed, please find the necessary documents for our clients application for payment of
unclaimed funds in the above referenced case.

Please advise me if any further information is required.

Sincerely,

Melanie Ramirez
Paralegal Assistant

enclosures

## AFFIDAVIT OF STATEMENT OF APPLICATION

Application for Unclaimed Funds has been submited to the U.S. Bankruptcy Court for the District of Delaware for our Client: Toni Randall in the amount of $796.09.

I hereby swear that this is the only application our firm will be submitting to the court for the above release of unclaimed funds for said client.

8/18/09

Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
700 Mechem Dr., Suite 8B
Ruidoso, New Mexico 88345
(505) 257-1607

# UNITED STATES BANKRUPCTY COURT
## DISTRICT OF DELAWARE

IN RE: )     CASE NO. 01-01029

)

Onstream, Inc )     APPLICATION FOR PAYMENT

)     OF UNCLAIMED FUNDS

Debtor )

FILED 2009 AUG 25 AM 10: 48 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

There having been a dividend check in the above-named case issued to Toni Randall in the amount of $796.09, and said check having not been cashed by said payee, the trustee pursuant to 28 U.S.C. of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application is hereby made for the Clerk, U.S. Bankruptcy Court with certificate of service showing that the United States Attorney has been notified to pay this unclaimed money to the rightfull payee listed above c/o The Financial Resources Group, Inc., 700 Mechem Dr., Suite 8B, Ruidoso, New Mexico   88345.

8/18/09
_____
Date

_____
Larry L. Moses - General Manager
The Financial Resources Group, Inc.
Attorney-in-fact for: Toni Randall
700 Mechem Dr., Suite 8B
Ruidoso, New Mexico   88345
(505) 257-1607

SUBSCRIBED and sworn before me this 18th day of Aug , 20 09

_____
Notary Public

_____
My Commission Expires

(seal)
NOTARY PUBLIC STATE OF

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That

Toni Randall

*has made, constituted and appointed and by these presents does make, constitute and appoint:*

The Financial Resources Group, Inc.

*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit*, **ONLY**

to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$796.09

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural.* ***This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.***

Signature: Toni Randall

Date: 08.11.09

SSN XXX - XX -4979

## NOTARY ACKNOWLEDGEMENT

State of *Florida*

County of *Orange*

*SUBSCRIBED AND SWORN on the* 11th *day of* August, 20 09 *before me, personally appeared* Toni Rae Randall *personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.*

Identification for the above named was Driver License No. (or specify other identification): R534-816-41-607-0

*WITNESS my hand and official seal.*

Signature: Rebecca Mosher

Residing at 2145 Aloma Ave. Winter Park, FL (seal)

My commission expires: April 11, 2011

REBECCA A. MOSHER
Notary Public - State of Florida
My Commission Expires Apr 11, 2011
Commission # DD 662247
Bonded Through National Notary Assn.

# CERTIFICATE OF SERVICE

Application for Unclaimed Funds was served on the U.S. Attorney, U.S. Trustee and the Case Trustee in compliance with 28 U.S.C. Section 2042 at the following address:

**U.S. ATTORNEY**
Bankruptcy Specialist
The Nemours Building
1007 Orange St., Suite 700
Wilmington, DE   19899

**CASE TRUSTEE**
Michael B. Joseph
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

**U.S. TRUSTEE**
District of Delaware
844 King St., Suite 2207
Wilmington, DE   19801

8/18/09
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
700 Mechem Dr., Suite 8B
Ruidoso, New Mexico  88345
(505) 257-1607

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:                 )      CASE NO. 01-01029

                         )

Onstream,Inc            )      ORDER FOR PAYMENT OF

                         )      UNCLAIMED FUNDS

             Debtor      )

There having been a dividend check in the above-named case issued to Toni Randall in the amount of $796.09, and said check having not been cashed by said payee, the trustee pursuant to 28 U.S.C. Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk , U.S. Bankrupcty Court to pay this unclaimed money to the claimant listed above and the Clerk having made service on the United States Attorney.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Toni Randall, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345 unclaimed money in the amount of $796.09 which was held prusuant to 28 U.S.C. Bankruptcy Code.

_____        _____

Date                               UNITED STATES BANKRUPTCY JUDGE